# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Sarah Pobiecke </br> *Plaintiff* </br> v. </br> Washington County </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 21-cv-0002-bhl </br> ) </br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Defendant's motion for summary judgment is granted, and the case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Brett H. Ludwig on a motion for summary judgment under Fed. R. Civ. P. 56.

Date: September 15, 2022

*CLERK OF COURT*

Julie D.
*Signature of Clerk or Deputy Clerk*