UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SARAH POBIECKE,

    Plaintiff,

v.

WASHINGTON COUNTY and ABC INSURANCE COMPANY,

    Defendants.

Case No.: 21-CV-00002 (BHL)

## STIPULATION REGARDING WAIVER OF THE RIGHT TO RECOVER COSTS AND WAIVER OF THE RIGHT TO APPEAL

Plaintiff, Sarah Pobiecke, by her attorney, Annalisa Pusick of Cade Law Group LLC, and the Defendants, Washington County, by their attorney, Oyvind Wistrom of Lindner & Marsack, do hereby stipulate and agree to the following:

1. For their part, in exchange for the stipulation in ¶ 2 below, the Defendants, Washington County, et al., hereby waive any and all right to recover a judgment for costs as a result of the summary judgment decision filed on September 15, 2022, (Dkt. No. 55) and as a result of any order or judgment made thereupon;

2. For their part, in exchange for the stipulation in ¶ 1 above, the Plaintiff Sarah Pobiecke hereby waives any and all right to file, maintain, or pursue an appeal or post-judgment relief as a result of the summary judgment decision filed on September 15, 2022 (Dkt. No. 55), and as a result of any order or judgment made thereupon;

3. In accord with these stipulations, the district court should grant final judgment dismissing this action in its entirety, with no costs awarded to any party.

Dated: October 03, 2022				**CADE LAW GROUP LLC**
					Attorneys for the Plaintiff, Sarah Pobiecke

					By: */s/ Electronically signed by Annalisa Pusick*
						Annalisa Pusick
						State Bar No. 1116379

Dated: October 04, 2022				**LINDNER & MARSACK**
					Attorneys for Defendant, Washington County

					By: */s/ Electronically signed by Oyvind Wistrom*
						Oyvind Wistrom
						State Bar No. 1024964